UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BTL INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:23-CV-00032-LEW |
| | ) |
| REJUVA FRESH LLC et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING RECOMMENDED DECISION**
**OF THE MAGISTRATE JUDGE**

On May 23, 2023, the United States Magistrate Judge filed with the court, with copies to counsel, her Recommended Decision on Defendant's Motion for Partial Default. The time within which to file objections expired on June 6, 2023, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in her Recommended Decision.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Defendant's Motion for Partial Default is DENIED.

**SO ORDERED.**

Dated this 7th day of June, 2023.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE